# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Kristal C. Owens f/k/a | ) **Related Document No.** 183-182 |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) **Hearing Date:** 07/23/2020 @ 10:30 a.m. |
| vs. | ) |
| Wilkinsburg School District, | ) **Response Due:** 07/13/2020 |
| Wilkinsburg Borough, County of | ) |
| Allegheny, Wells Fargo Home | ) |
| Mortgage, and United States of | ) |
| America, Internal Revenue Service, | ) |
| **Respondents.** | ) **Document No.** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE OF Notice of Hearing and Motion for Entry of an Order Approving (I) Bidding Procedures for the Sale of Real Property Free and Clear of Liens and Encumbrances and (II) Break-Up Fee Related to the Sale of the Real Property Free and Clear of Liens and Encumbrances

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 25, 2020.

**SERVICE BY E-MAIL**:
Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service; jill.locnikar@usdoj.gov
**SERVICE BY FIRST-CLASS MAIL**:
OPA-HI Development, LLC, 1917 Murray Avenue, #34, Pittsburgh, PA 15217

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 25, 2020        /s/ Donald R. Calaiaro
**Donald R. Calaiaro, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**