# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Kristal C. Owens f/k/a | ) **Related Document No.** 185-184 |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) **Hearing Date:** 08/06/2020 @ 10:30 a.m. |
| **vs.** | ) |
| Wilkinsburg School District, | ) **Response Due:** 07/13/2020 |
| Wilkinsburg Borough, County of | ) |
| Allegheny, Wells Fargo Home | ) |
| Mortgage, and United States of | ) |
| America, Internal Revenue Service, | ) |
| **Respondents.** | ) **Document No.** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE OF Notice of Sale and Motion for Entry of an Order (I) Approving Sale of Real Property Free and Clear of Liens and Encumbrances and (II) Granting Related Relief

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 26, 2020.

United States of America, Internal Revenue Service
1000 Liberty Avenue, Rm 711B
Pittsburgh, PA 15222

William P. Barr, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Scott W. Brady, United States Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 26, 2020       /s/ Donald R. Calaiaro
      **Donald R. Calaiaro, PA I.D. #27538**
      **dcalaiaro@c-vlaw.com**

      **CALAIARO VALENCIK**
      **938 Penn Avenue, Suite 501**
      **Pittsburgh, PA  15222**
      **(412) 232-0930**