# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Kristal C. Owens f/k/a | ) **Related Document No.** 184-185 |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) **Hearing Date:** 08/06/2020 @ 10:30 a.m. |
| **vs.** | ) |
| Wilkinsburg School District, | ) **Response Due:** 07/13/2020 |
| Wilkinsburg Borough, County of | ) |
| Allegheny, Wells Fargo Home | ) |
| Mortgage, and United States of | ) |
| America, Internal Revenue Service, | ) |
| **Respondents.** | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER (I) APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND (II) GRANTING RELATED RELIEF
## - Document No. 184

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion for Entry of an Order Approving (I) Approving Sale of Real Property Free and Clear of Liens and Encumbrances and (II) Granting Related Relief** filed on **June 25, 2020,** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion for Entry of an Order Approving (I) Approving Sale of Real Property Free and Clear of Liens and Encumbrances and (II) Granting Related Relief** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion for Entry of an Order Approving (I) Approving Sale of Real Property Free and Clear of Liens and Encumbrances and (II) Granting Related Relief** were to be filed and served no later than **July 13, 2020**.

It is hereby respectfully requested that the Order attached to the **Motion for Entry of an Order Approving (I) Approving Sale of Real Property Free and Clear of Liens and Encumbrances and (II) Granting Related Relief** be entered by the Court.

**Dated:** July 14, 2020          **BY:** /s/ Donald R. Calaiaro
                                 **Donald R. Calaiaro, PA I.D. #27538**
                                 **dcalaiaro@c-vlaw.com**
                                 **CALAIARO VALENCIK**
                                 **938 Penn Avenue, Suite 501**
                                 **Pittsburgh, PA  15222-3708**
                                 **(412) 232-0930**