# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KRISTAL C, OWENS f/k/a | ) |
| KRISTAL C. OWENS-GAYLE, | ) |
| | ) Bank. No. 19-24274 GLT |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Related to |
| Movant, | ) Document Nos. |
| | ) |
| vs. | ) |
| | ) Hearing Date 8/6/2020 at 1:30 pm |
| | ) |
| KRISTAL C, OWENS f/k/a | ) |
| KRISTAL C. OWENS-GAYLE, | ) |
| | ) |
| Respondent. | ) |

## SETTLEMENT AND CERTIFICATION OF COUNSEL
## REGARDING STIPULATION

The undersigned hereby certifies that an agreement has been reached with the Debtors regarding the – NONE   (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X   No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

Dated:   8/4/2020         By:   /s/ Jill Locnikar
                                Jill Locnikar
                                Typed Name

                                700 Grant Street, Suite 4000, Pittsburgh, PA 15219
                                Address
                                412-894-7429
                                Phone No.

                                PA   ID # 85892
                                List Bar I.D. and State of Admission