FILED
8/4/20 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Kristal C. Owens f/k/a | ) **Related to Doc.** |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) **Hearing Date:** 08/06/2020 @ 10:30 a.m. |
| **vs.** | ) |
| No Respondent. | ) **Document No.** 198 |

## ORDER OF COURT

**AND NOW**, on this  4th  day of   August  , 2020, upon consideration of the Motion filed by the Debtor, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **DENIED**.

By the Court,

Dated: 8/4/20

_____
**Honorable Gregory L. Taddonio
United States Bankruptcy Court**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-24274-GLT
Kristal C. Owens                                                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Aug 04, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
db             +Kristal C. Owens,    10482 Baltimore Ave., Ste. 277,    Beltsville, MD 20705-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
      Ann E. Swartz    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR
       Adjustable Rate Mortgages Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1
       ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
      Brett A. Solomon    on behalf of Interested Party    OPA-Hi Development LLC
       brett.solomon@solomon-legal.com
      David Z. Valencik    on behalf of Debtor Kristal C. Owens dvalencik@c-vlaw.com,
       cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
       vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
      Donald R. Calaiaro    on behalf of Debtor Kristal C. Owens dcalaiaro@c-vlaw.com,
       cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
       vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
      James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
       Wilkinsburg jlc@mbm-law.net
      Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
       Internal Revenue Service jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
      Jill Manuel-Coughlin    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
       bankruptcy@powerskirn.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Keri P. Ebeck    on behalf of Creditor    U.S. Bank National Association, as Trustee for Lehman XS
       Trust Mortgage Pass-Through Certificates, Series 2007-15N kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
       larry.e.wahlquist@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Sheetal Ramesh Shah-Jani    on behalf of Creditor    Lehman Xs Trust Mortgage Pass-Through
       Certificates, Series 2007-15N sshahjani@rascrane.com
      Thomas Song    on behalf of Creditor    U.S. Bank National Association, et.al. pawb@fedphe.com
                                                                                              TOTAL: 15