**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/13/20 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | |
| Kristal C. Owens fka Kristal C. Owens-Gayle | NO. 19-24274-GLT |
| Debtor | CHAPTER 11 |
| Toyota Lease Trust | Related to Doc. 220 |
| Movant | |
| vs. | |
| Kristal C. Owens fka Kristal C. Owens-Gayle | |
| Respondent | |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant is the holder of a Motor Vehicle Lease Agreement dated June 1, 2016 ("Agreement") executed by Debtor for the lease of a 2016 Lexus RX450H, VIN: 2T2BGMCA7GC00684 ("Vehicle");

WHEREAS, the maturity date of the agreement was May 31, 2020;

WHEREAS, Debtor did not exercise the purchase option under the lease on or before the maturity date;

WHEREAS, the Agreement requires that if the Vehicle is not purchased at the Scheduled Maturity Date the Vehicle must be returned to Movant;

WHEREAS, Debtor has filed a plan of reorganization that proposes to purchase the Vehicle, which purchase would be financed by Movant over a period of five years (Doc. 152);

WHEREAS, Movant has filed an objection to Debtor's plan of reorganization (Doc. 166);

WHEREAS, the parties have agreed to resolve their disputes with regard to the Vehicle.

It is therefore Stipulated and agreed as follows:

1. Debtor withdraws her proposal to purchase the Vehicle through her Chapter 11 plan of reorganization.

2. Debtor shall surrender possession of the Vehicle to Movant.

3. Movant is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) as to the 2016 Lexus RX450H, VIN: 2T2BGMCA7GC00684.

4. The stay pursuant to F.R.B.P. 4001(a)(3) is waived.

5. Movant's objection to confirmation of Debtor's Chapter 11 Plan of Reorganization is withdrawn.

6. In light of this Stipulation, Movant accepts Debtor's Plan on account of its unsecured claim.

7. Movant shall have the right to file an unsecured claim before August 27, 2020.

Consented to by:

**Donald R. Calaiaro, Esquire**
Donald R. Calaiaro, Esquire
Calaiaro Valencik
Attorney for Debtor
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222
Phone: 412-232-0930
dcalaiaro@c-vlaw.com

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

Dated: 8/13/20

By the Court,

GREGORY L. TADDONIO, J.
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kristal C. Owens  
    Debtor

Case No. 19-24274-GLT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Aug 13, 2020  
                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db          +Kristal C. Owens,    10482 Baltimore Ave., Ste. 277,    Beltsville, MD 20705-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Brett A. Solomon    on behalf of Interested Party    OPA-Hi Development LLC brett.solomon@solomon-legal.com  
        David Z. Valencik    on behalf of Debtor Kristal C. Owens dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com  
        Donald R. Calaiaro    on behalf of Debtor Kristal C. Owens dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com  
        James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
        Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net  
        Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov  
        Jill Manuel-Coughlin    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@powerskirn.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Keri P. Ebeck    on behalf of Creditor    U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Sheetal Ramesh Shah-Jani    on behalf of Creditor    Lehman Xs Trust Mortgage Pass-Through Certificates, Series 2007-15N sshahjani@rascrane.com  
        Thomas Song    on behalf of Creditor    U.S. Bank National Association, et.al. pawb@fedphe.com  
                                                                                                           TOTAL: 15