## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens, f/k/a | ) **Chapter** 11 |
| Kristal C. Owens-Gayle, | ) **Related Document No.** 213 |
| **Debtor.** | ) **Document No.** |

## STATUS REPORT

**AND NOW,** comes the Debtor, Kristal C. Owens, by and through her attorneys, Donald R. Calaiaro and Calaiaro Valencik, presents the following status report as required by the Order of Court dated August 7, 2020:

1. Kristal C. Owens filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code on October 31, 2020 in the United States Bankruptcy Court for the Western District of Pennsylvania.

2. On May 14, 2020, the Debtor filed her Chapter 11 Plan of Reorganization, Summary of Plan, and Disclosure Statement to Accompany Chapter 11 Plan. See ECF Nos. 152-154.

3. On August 6, 2020, this Court held a Confirmation Hearing on the Chapter 11 Plan. See ECF No. 211-213.

4. The following day, the Court entered a text order requiring the Debtor to file a status report "detailing what disputed issues remain outstanding and whether the plan objections have been resolved." See ECF No. 213.

## TOYOTA LEASE TRUST

5. On May 27, 2020, Toyota Lease Trust filed an Objection to Confirmation of the Chapter 11 Plan. See ECF No. 166.

6. On August 12, 2020, Counsel for Toyota Lease Trust filed a Certificate of Counsel regarding a Stipulation between the Parties resolving the Objection to Confirmation. See ECF No. 220.

7. This Court entered an Order approving the Stipulation on August 13, 2020. See ECF No. 222.

8. This Objection has been resolved.

## U.S. BANK NATIONAL ASSOCIATION, as TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N ("U.S. BANK")

9. On July 2, 2020, U.S. Bank filed an Objection to Confirmation of the Chapter 11 Plan. See ECF No. 191.

10. The Parties have reached an agreement in principal and are in the process of drafting a stipulation that would resolve the objection.

11. The Parties intend to have the stipulation filed before the Confirmation Hearing.

## 2019 TAX RETURN

12. TSC Enterprise, LLC, the court-approved accountant for the Debtor, confirmed that the Debtor's federal income tax return for 2019 was electronically filed and accepted by the United States of America, Internal Revenue Service on August 26, 2020.

## EXTENSION OF THE BALLOTING DEADLINE

13. On August 20, 2020, the Debtor filed a Motion to Extend the Ballot Deadline and Requesting Leave to file an Amended Summary of Ballots. See ECF No. 225.

14. The Motion was granted on August 21, 2020. See ECF No. 227.

**Respectfully submitted,**

**DATE:** August 27, 2020

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro**
**PA I.D. #27538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**
**dcalaiaro@c-vlaw.com**