**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Kristal C. Owens f/k/a | ) **Related Document No.** 230-184 |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) **Hearing Date:** 08/06/2020 @ 10:30 a.m. |
| **vs.** | ) |
| Wilkinsburg School District, | ) **Response Due:** 07/13/2020 |
| Wilkinsburg Borough, County of | ) |
| Allegheny, Wells Fargo Home | ) |
| Mortgage, and United States of | ) |
| America, Internal Revenue Service, | ) |
| **Respondents.** | ) **Document No.** |

### CERTIFICATE OF SERVICE OF Second Amended Order Confirming Sale of Property Free and Divested of Liens Dated August 27, 2020

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 28, 2020.

**Service by First-Class Mail**:
Daniel Spanovich, Oakdale Development, LLC, 2015 Mary Street, Pittsburgh, PA 15203
Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA  50306-0335
Wells Fargo Home Mortgage, 5000 Brittonfield Parkway, East Syracuse, NY  13057
Kristal C. Owens, 10482 Baltimore Avenue, Suite #277, Beltsville, MD 20705

**Service by NEF**:
Jennifer L. Cerce on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg
jlc@mbm-law.net
Jeffrey R. Hunt on behalf of Creditor County of Allegheny; jhunt@grblaw.com, cnoroski@grblaw.com
Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service; jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov; caseview.ecf@usdoj.gov; kassi.horton@usdoj.gov
Brett A. Solomon on behalf of Interested Party OPA-Hi Development LLC; brett.solomon@solomon-legal.com
Larry E. Wahlquist on behalf of U.S. Trustee Office of the United States Trustee; larry.e.wahlquist@usdoj.gov
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** August 28, 2020      /s/ Donald R. Calaiaro
                                                                                  **Donald R. Calaiaro, PA I.D. #27538**
                                                                                 **CALAIARO VALENCIK**
                                                                                 **938 Penn Avenue, Suite 501**
                                                                                 **Pittsburgh, PA  15222-3708**
                                                                                 **(412) 232-0930**
                                                                                 **dcalaiaro@c-vlaw.com**