# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| | ) |
| Kristal C. Owens, f/k/a | ) **Chapter** 11 |
| Kristal C. Owens-Gayle, | ) |
| **Debtor,** | ) |
| Kristal C. Owens, f/k/a | ) |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) |
| **v.** | ) |
| No Respondent. | ) **Document No.** |

## STATUS REPORT

**AND NOW,** comes the Reorganized Debtor, Kristal C. Owens, by and through her attorneys, Calaiaro Valencik and Donald R. Calaiaro, and presents this Status Report pursuant to the Post-Confirmation Order and Notice of Deadline dated September 9, 2020:

1. Kristal C. Owens filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, on October 31, 2020 in the United States Bankruptcy Court for the Western District of Pennsylvania.

2. The Debtor's Chapter 11 Plan of Reorganization dated May 14, 2020, was confirmed by an Order of this Court dated September 9, 2020. See ECF No. 242.

3. The Debtor filed a request for the Clerk's Certificate of Costs on September 9, 2020. See ECF No. 244.

4. The Clerk's Certificate was issued on September 10, 2020 and showed a zero balance. See ECF No. 245.

5.  The Debtor is contemplating filing some objection to claims. On October 22, 2020, an extension of forty-five (45) days to file any adversary proceedings, contested matters, motions, or applications was granted. See ECF No. 254.

6.  All United State Trustee Fees that are due have or will be paid shortly.

7.  The Debtor's first payments to creditors are due shortly and the Debtor intends to make those payments timely.

8.  Debtor's counsel is working on preparing a fee application and will file one with the court before the deadline set forth in the Post-Confirmation Order and Notice of Deadlines, or will seek an extension of such deadline if necessary. See ECF No. 243.

**Respectfully submitted,**

**Dated:** October 23, 2020

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**