FILED
10/22/20 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| | ) |
| Kristal C. Owens, f/k/a | ) **Chapter** 11 |
| Kristal C. Owens-Gayle, | ) |
| **Debtor,** | ) |
| Kristal C. Owens, f/k/a | ) |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) |
| v. | ) |
| No Respondent. | ) **Document No.** 253 |

### ORDER OF COURT

**AND NOW,** this __22nd__ day of ___October___, 20__20__, upon consideration of the Motion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the relief requested therein is **GRANTED**. The deadline to file any other adversary proceeding, contested matter, motion, or application is extended forty-five (45) days, until December 8, 2020.

It is **FURTHER ORDERED** that no other deadlines set forth in the Post Confirmation Order and Notice of Deadlines are extended by this Order. The right to seek an extension of any other deadline is not waived by the entry of this Order.

By the Court,

Dated: 10/22/20
cm: Debtor

_____
**Honorable Gregory L. Taddonio
United States Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24274-GLT |
| Kristal C. Owens | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　User: culy　　　　　　　　　　Page 1 of 2
Date Rcvd: Oct 22, 2020　　　　　　　　Form ID: pdf900　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

**Recip ID            Recipient Name and Address**
db              +  Kristal C. Owens, 10482 Baltimore Ave., Ste. 277, Beltsville, MD 20705-2321

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020　　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Ann E. Swartz
　　　　on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brett A. Solomon
　　　　on behalf of Interested Party OPA-Hi Development LLC brett.solomon@solomon-legal.com

Brian Nicholas
　　　　on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

David Z. Valencik
　　　　on behalf of Debtor Kristal C. Owens dvalencik@c-vlaw.com
　　　　cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
　　　　on behalf of Debtor Kristal C. Owens dcalaiaro@c-vlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 1 |

cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor U.S. Bank National Association  as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani
    on behalf of Creditor Lehman Xs Trust Mortgage Pass-Through Certificates  Series 2007-15N sshahjani@rascrane.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association  et.al. pawb@fedphe.com

TOTAL: 15