FILED
11/13/20
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kristal C. Owens, fka Kristal C. Owens-Gayle<br><br>Debtor(s) | 19-24274 GLT<br><br>Chapter 11 Proceeding |
| BAYVIEW LOAN SERVICING, LLC<br>Movant<br>v.<br>Kristal C. Owens, fka Kristal C. Owens-Gayle<br>Respondents | Related Dkt. No. 163 |

*20-0093*

## ORDER GRANTING PROSPECTIVE
## IN-REM RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 13th day of November, 2020, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit COMMUNITY LOAN SERVICING, LLC, formally known as BAYVIEW LOAN SERVICING, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 6564 Frankstown Avenue, Pittsburgh, PA 15206, parcel # 0125-E-00114-0000-01, (the "property") and/or to verify vacancy of the home.

It is further ORDERED, that future bankruptcy case filed by the Debtor(s), their successors, assigns or any other occupants of the Property, filed within two (2) years of this Order, will not operate as a stay of any actions taken by the Movant, its successors or assigns for enforcement of the right to possession of the premises; and,

It is further ORDERED that the Recorder of Deeds for Allegheny County, Pennsylvania is hereby directed to allow for the recording of this Order, pursuant to 11 U.S.C. §362(d)(4); and,

It is further ORDERED that if this Order is recorded in the above manner, it shall be binding in any bankruptcy case filed not later than two (2) years after the entry of this Order; and,

It is further ORDERED, that in the event of Dismissal of this case for any reason, the Debtor shall be prohibited from re-filing a Bankruptcy petition under any Chapter of the Code for a period of 180 Days.

It is further ORDERED, that the relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

Dated: 11/13/20

_____
United States Bankruptcy Judge
Gregory L. Taddonio

Interested Parties:

Kristal C. Owens
10482 Baltimore Ave, Ste. 277
Beltsville, MD 20705

Donald R. Calaiaro, Esquire
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708

Larry E. Wahlquist, Esquire
US Trustee Program/ Dept. Of Justice
1001 Liberty Ave, Suite 970
Pittsburgh, PA 15222

Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Attorneys for Movant

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24274-GLT |
| Kristal C. Owens | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Nov 13, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristal C. Owens, 10482 Baltimore Ave., Ste. 277, Beltsville, MD 20705-2321 |
| | + | Powers Kirn, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Interested Party OPA-Hi Development LLC brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Kristal C. Owens dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |

District/off: 0315-2    User: culy    Page 2 of 2
Date Rcvd: Nov 13, 2020    Form ID: pdf900    Total Noticed: 2

| | |
|---|---|
| | on behalf of Debtor Kristal C. Owens dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jill Manuel-Coughlin | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor U.S. Bank National Association  as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor Lehman Xs Trust Mortgage Pass-Through Certificates  Series 2007-15N sshahjani@rascrane.com |
| Thomas Song | on behalf of Creditor U.S. Bank National Association  et.al. pawb@fedphe.com |

TOTAL: 16