**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens f/k/a | ) **Chapter** 11 |
| Kristal C. Owens-Gayle, | ) |
| **Debtor,** | ) **Related Document No.** 257-258 |
| Calaiaro Valencik, | ) **Hearing Date:** 12/17/20 @ 10:00 a.m. |
| **Movant,** | ) **Response Due:** 11/26/20 |
| vs. | ) |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
INTERIM FEES AND EXPENSES APPLICATION
FILED ON BEHALF OF CALAIARO VALENCIK - Document No. 257**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on **November 9, 2020,** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than **November 26, 2020**.

It is hereby respectfully requested that the Order attached to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**Dated:** November 30, 2020

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. No. 27538
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930
dcalaiaro@c-vlaw.com**