# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens, f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Chapter** 11 |
| **Debtor,** | ) |
| | ) **Related Document No.** 261-262 |
| Kristal C. Owens, f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Hearing Date:** 12/17/20 @ 10:00 a.m. |
| **Movant,** | ) |
| v. | ) **Responses Due:** 12/10/20 |
| DC Water and Sewer Authority a/k/a | ) |
| DC Water & Sewer Authority a/k/a | ) |
| DCWASA, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO CLAIM - Document No. 261

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Objection to Claim** filed on **November 10, 2020,** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Objection to Claim** appears thereon. Pursuant to the Notice of Hearing, objections to the **Objection to Claim** were to be filed and served no later than **December 10, 2020**.

It is hereby respectfully requested that the Order attached to the **Objection to Claim** be entered by the Court.

**Dated:**  December 11, 2020

**BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
**dcalaiaro@c-vlaw.com**