**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| KRISTAL C. OWENS f/k/a KRISTAL C. ) | Case No. 19-24274-GLT |
| OWENS-GAYLE, ) | |
| ) | |
| Debtor. ) | Related to Document No. 276 |
| ) | |
| OPA-HI DEVELOPMENT LLC, ) | |
| ) | Hearing Date/Time: 1/7/21 @ 10:00 am |
| Movant. ) | |
| vs ) | Response Due: 12/28/20 |
| ) | |
| KRISTAL C. OWENS f/k/a KRISTAL C. ) | |
| OWENS-GAYLE, ) | |
| ) | |
| Debtor. ) | |

NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF OPA-HI DEVELOPMENT FOR PAYMENT OF BREAKUP FEE

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than December 28, 2020 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A video conference hearing will be held on Thursday, January 7, 2021 at 10:00 am before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published 2 on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judgetaddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-procappearances.pdf).

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated:  December 11, 2020

/s/  Brett A. Solomon
Brett A. Solomon, Esq. (Pa. ID 83746)
SOLOMON LEGAL GROUP

1350 Old Freeport Road, Suite 2AR
Pittsburgh, Pennsylvania 15238
(412) 406-8946

*Counsel for OPA-Hi Development LLC*