# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Chapter 11 |
| KRISTAL C. OWENS f/k/a KRISTAL C. OWENS-GAYLE, | ) Case No. 19-24274-GLT |
| Debtor. | ) Related to Document No. |
| OPA-HI DEVELOPMENT LLC, | ) Hearing Date/Time: |
| Movant. | ) |
| vs | ) |
| KRISTAL C. OWENS f/k/a KRISTAL C. OWENS-GAYLE, | ) |
| Debtor. | ) |

## *CERTIFCATE OF SERVICE OF MOTION FOR PAYMENT OF BREAK-UP FEE*

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 10, 2020:

SERVICE BY E-MAIL

Jennifer L. Cerce on behalf of Creditor, Wilkinsburg School District and Boroug of Wilkinsburg, jlc@mbm-law.net
Jeffrey R. Hunt on behalf of Creditor, County of Allegheny, jhunt@grblaw.com; cnoroski@grblaw.com
Jill Locnikar on behalf of Creditor United States of America Dep of Treasury, Internal Revenue Service, jill.locnikar@usdoj.gov
Larry E. Wahlquist on behalf of US Trustee Office of the United States Trustee, larry.e.walhquist@usdoj.gov
Donald R. Calaiaro, Counsel for Debtor, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222, dcalaiaro@c-vlaw.com
David Valencik, Counsel for Debtor, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222, dvalencik@c-vlaw.com

SERVICE BY FIRST CLASS MAIL

Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306
Brian H. Smith, Law Offices of Lamm Rubenstone LL, 3600 Horizon Boulevard, Suite 200, Feasterville Trevose, PA 19053

Dated:  December 10, 2020

/s/  Brett A. Solomon
Brett A. Solomon, Esq. (Pa. ID 83746)
SOLOMON LEGAL GROUP
1350 Old Freeport Road, Suite 2AR
Pittsburgh, Pennsylvania 15238
(412) 406-8946

*Counsel for OPA-Hi Development LLC*