FILED
12/11/20 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens, f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Kristal C. Owens, f/k/a | ) **Hearing Date:** 12/17/20 @ 10:00 a.m. |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) **Response Due:** 12/10/20 |
| **v.** | ) |
| District of Columbia, | ) |
| District of Columbia GOVT, | ) |
| Gold n' Diamonds, and Yerodin Avent, | ) |
| **Respondents.** | ) **Document No.** 259 |

## ORDER OF COURT

**AND NOW**, this _11th_ day of __December__, 2020, upon consideration of the

Debtor's Omnibus Objection to Claims ("Objection"), and any response, and after notice

and an opportunity to be heard, this Court hereby makes the following findings of fact:

A.      The Respondents to this Objection were listed on Schedule E/F of the

Debtor's Petition and any subsequent amendments.

B.      The Debtor marked each of the Respondents as "Disputed".

C.      Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(2), the

Respondents were required to file proofs of claims prior to the claims bar date.

D.      No proofs of claims have been filed on behalf of the Respondents.

E.      Notice of the Bar Date and of this Objection was sufficient to each

Respondent.

**IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The foregoing findings of facts are incorporated herein by reference.

2.      The Objection is hereby **SUSTAINED**.

3.     The following claims are hereby stricken and disallowed for their failure to timely file a proof of claim:

      a.     District of Columbia - $9,600.00

      b.     District of Columbia GOVT - $53,725.00

      c.     Gold n' Diamonds - $2,200.00

      d.     Yerodin Avent - $4,000.00

4.     The Respondents are hereby barred and disallowed from collecting on these claims.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Prepared by:   Donald Calaiaro, Esq.

**DEFAULT ENTRY**

Dated: December 11, 2020

Gregory J. Taddonio   hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Kristal C. Owens

    Debtor(s)

Case No. 19-24274-GLT

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 2

Date Rcvd: Dec 11, 2020          Form ID: pdf900          Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristal C. Owens, 10482 Baltimore Ave., Ste. 277, Beltsville, MD 20705-2321 |
| 15150459 | + | District of Columbia, Office of Adminstrative Hearings, 441 Fourth Street, NW, Washington, DC 20001-2714 |
| 15150460 | + | District of Columbia GOVT, Office of Tax and Revenue, 1101 4th Street, Sw Ste. 270 West, Washington, DC 20024-4457 |
| 15150463 | + | Gold 'n Diamonds, 6100 Greenbelt Rd., Greenbelt, MD 20770-4063 |
| 15150495 | + | Yerodin Avent, 3100 63rd Avenue, Cheverly, MD 20785-3107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Interested Party OPA-Hi Development LLC brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Kristal C. Owens dvalencik@c-vlaw.com |

District/off: 0315-2                              User: culy                                              Page 2 of 2

Date Rcvd: Dec 11, 2020                          Form ID: pdf900                                  Total Noticed: 5

cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro

on behalf of Debtor Kristal C. Owens dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jennifer L. Cerce

on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin

on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com

Jill Manuel-Coughlin

on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@powerskirn.com

Keri P. Ebeck

on behalf of Creditor U.S. Bank National Association  as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates,
Series 2007-15N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Larry E. Wahlquist

on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani

on behalf of Creditor Lehman Xs Trust Mortgage Pass-Through Certificates  Series 2007-15N sshahjani@rascrane.com

Thomas Song

on behalf of Creditor U.S. Bank National Association  et.al. pawb@fedphe.com


TOTAL: 16