Case 19-24274-GLT    Doc 288    Filed 12/17/20    Entered 12/17/20 15:23:36    Desc Main
Document    Page 1 of 1
FILED
12/17/20 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-24274-GLT |
| | : | Chapter: 11 |
| Kristal C. Owens | : | |
| | : | |
| | : | Date: 12/17/2020 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

*MATTER:*  # 264 Motion to Sell Property Free and Clear of Liens under Section 363(f).
Re: 6564 Frankstown Avenue, Pittsburgh, Pennsylvania 15206.
# 269 - Exhibit A - Sales Agreement
#270 - Response filed by Community Loan Servicing f/k/a Bayview Loan Servicing, LLC
# 287 - Proof of Publication of Notice of Sale in the Pittsburgh Post Gazette on November 27, 2020 and in the Pittsburgh Legal Journal on November 25, 2020.

*APPEARANCES*:
    Debtor:    Donald Calaiaro
    Bayview:    Jill Manuel-Coughlin

*NOTES:* (10:00/10:14)

Calaiaro: Is there anyone present in the courtroom? Our original bidder bowed out and if there aren't any bidders in the courtroom there's no reason to proceed.

[Recalled]

Court: There is no one who has entered the building today with respect to this case. Are you withdrawing this motion?

Calaiaro: I'd ask to continue this to the date on the hearing for the final decree.

Manuel-Coughlin: As long as we still have stay relief we don't oppose that.

Court: I will continue this to that same date once the motion for final decree is filed. Nothing shall impact the stay relief previously granted.

*OUTCOME:*

1. Debtor's *Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: 6564 Frankstown Avenue, Pittsburgh, Pennsylvania 15206* [Dkt. No. 264] is CONTINUED to February 18, 2021 at 10 a.m  To the extent the Debtor intends to file a Motion for Final Decree it shall be filed on or before December 31, 2020, and shall be scheduled for hearing on  February 18, 2021 at 10 a.m. [Text Order to Issue]

**DATED:** 12/17/2020