BL9686341

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE: KRISTAL C OWENS  :  Chapter: 11

:
:
:
:  CASE NO:   19-24274
:

**NOTICE OF ADDRESS CHANGE**

TOYOTA LEASE TRUST hereby changes its address for its claim number 4, account number ending in 0899 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

New Address for Notices:

TOYOTA LEASE TRUST
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

New Address for Payments:

TOYOTA LEASE TRUST
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
payments@becket-lee.com

RECEIVED
2020 DEC 22 P 2: 17
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Respectfully Submitted,

By:  Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:   12/18/2020