FILED
1/7/21 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                      :    Case No.:    19-24274-GLT
                                             :    Chapter:     11
Kristal C. Owens                             :
                                             :
                                             :    Date:        1/7/2021
        *Debtor(s).*                         :    Time:        10:00

## PROCEEDING MEMO

*MATTER:*    # 276 Motion to Pay Breakup Fee filed by OPA-Hi Development LLC
             [Response due 12/28/20]

*APPEARANCES*:
             Debtor:     Mark Peduto
             OPA-Hi:     Brett Solomon

*NOTES:* (10:05)

Solomon: I didn't file a CNO since there was a response filed even though it wasn't an objection.

Court: It wasn't clear from the sale proceeds that the amount for the fee was segregated.

Peduto: I don't know if it was segregated from the proceeds, but Mr. Solomon's client is entitled to it.

Solomon: I believe there was $5,000 set aside for administrative fees.

Court: There's no objection to the proposed form of order?

Peduto: No.

*OUTCOME:*

1. OPA-Hi Development LLC's *Motion to Pay Breakup Fee* [Dkt. No. 276] is GRANTED [HT to issue Proposed Order at Dkt. No. 276-2]

**DATED:** 1/7/2021