FILED
1/7/21 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 11 |
| KRISTAL C. OWENS f/k/a KRISTAL C. OWENS-GAYLE, | Case No. 19-24274-GLT |
| Debtor. | Related to Document No. 276 |
| OPA-HI DEVELOPMENT LLC, | |
| Movant. | Hearing Date/Time: 1/7/21 @ 10:00 am |
| vs | Response Due:  12/28/20 |
| KRISTAL C. OWENS f/k/a KRISTAL C. OWENS-GAYLE, | |
| Debtor. | |

ORDER GRANTING MOTION FOR PAYMENT OF BREAK-UP FEE

THIS  7th  day of  January , 202 1 , on consideration of the Motion for Payment of Break-up Fee filed by Movant, Opa-Hi Development LLC's, and after notice and opportunity for hearing, it is hereby ORDERED, ADJUDGED, and DECREED that the Movant is entitled to payment of a break-up fee of $1,780.25 from the proceeds of the sale of 204-214 South Avenue, Wilkinsburg, PA 15221.  Counsel for the Debtor, Calaiaro Valencik is directed to tender payment of $1,780.25 to counsel for the Movant, Solomon Legal Group.

Dated: January 7, 2021
cm: Debtor

BY THE COURT:

_____
Honorable Gregory L. Taddonio    hct
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24274-GLT |
| Kristal C. Owens | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristal C. Owens, 10482 Baltimore Ave., Ste. 277, Beltsville, MD 20705-2321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Interested Party OPA-Hi Development LLC brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Kristal C. Owens dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Kristal C. Owens dcalaiaro@c-vlaw.com |

| | |
|---|---|
| District/off: 0315-2 | Page 2 of 2 |
| Date Rcvd: Jan 07, 2021 | Total Noticed: 1 |

User: culy  Form ID: pdf900

cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor U.S. Bank National Association as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani
    on behalf of Creditor Lehman Xs Trust Mortgage Pass-Through Certificates Series 2007-15N sshahjani@rascrane.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association et.al. pawb@fedphe.com

TOTAL: 16