**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| | ) |
| Kristal C. Owens, f/k/a | ) **Chapter** 11 |
| Kristal C. Owens-Gayle, | ) |
|     **Debtor,** | ) **Related Document No.** 255-242 |
| Kristal C. Owens, f/k/a | ) |
| Kristal C. Owens-Gayle, | ) |
|     **Movant,** | ) |
| **v.** | ) |
| No Respondent. | ) **Document No.** |

## STATUS REPORT

**AND NOW,** comes the Reorganized Debtor, Kristal C. Owens, by and through her attorneys, Calaiaro Valencik and Donald R. Calaiaro, and presents this Status Report pursuant to the Post-Confirmation Order and Notice of Deadline dated September 9, 2020:

1. Kristal C. Owens filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, on October 31, 2020 in the United States Bankruptcy Court for the Western District of Pennsylvania.

2. The Debtor's Chapter 11 Plan of Reorganization dated May 14, 2020, was confirmed by an Order of this Court dated September 9, 2020. See ECF No. 242.

3. The Reorganized Debtor filed a Post-Confirmation Status Report on October 23, 2020. See ECF No. 255. This report will be a continuation of that report.

4. The Reorganized Debtor filed objections to claims on November 10, 2020. See ECF Nos. 259-262. These matters were resolved by default orders on December 11, 2020. See ECF Nos. 278-279.

5. The interim fee application of Donald R. Calaiaro and Calaiaro Valencik was filed on November 9, 2020. See ECF No. 257. The application was granted on December

10, 2020. See ECF No. 273. Counsel for the Debtor will be filing a final fee application shortly.

6. The Debtor has paid the break-up fee as required by the order granting the Motion to Pay Break-Up fee filed by OPA-HI Development, LLC, the back-up bidder for the sale of 204-214 South Ave., Pittsburgh, PA 15221.

7. On November 13, 2020, the Reorganized Debtor filed a Motion to Sell Property Free and Clear of Liens related to the real property located at 6564 Frankstown Ave., Pittsburgh, PA 15206. See ECF No. 264. A hearing on this Motion was held on December 17, 2020. The matter was continued until February 18, 2021 to allow the Reorganized Debtor an opportunity to find a replacement buyer after the initial buyer withdrew his offer.

8. The Reorganized Debtor has made her first payments under the Plan. Payments to the Internal Revenue Service, Pennsylvania Department of Revenue, and Vermont Department of Taxation have all been sent to the creditors.

9. The Disbursing Agent has prepared a disbursement of the first payment to unsecured creditors. The disbursement will go out in the next couple days. Once disbursed, the Reorganized Debtor will file a Notice indicating the Plan Effective Date (as required by the Post-Confirmation Orders), the final fee application for Donald R. Calaiaro and Calaiaro Valencik, and her Motion for Final Decree. All matters will be scheduled for the same date and time as the continued hearing on the Motion to Sell.

**Respectfully submitted,**

**Dated:** January 15, 2021

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**