**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens f/k/a | ) |
| Kristal C. Owens-Gayle, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Kristal C. Owens f/k/a | ) |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) |
| **vs.** | ) |
| No Respondent. | ) **Document No.** |

### REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED CHAPTER 11 CASES

__X__ Plan Confirmed            _____Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was (or is) to be paid under the plan to the general unsecured class of creditors?  5.23%. $21,000.00 in 60 installments of $350.00 per month.

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief and that all estimated payments have been designated appropriately as such.

| | | |
|---|---|---|
| January 20, 2021 | Donald R. Calaiaro | /s/ Donald R. Calaiaro |
| DATE | PREPARER | SIGNATURE |

**PAWB Local Form 14  (07/13)**