**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| Kristal C. Owens f/k/a | ) **Chapter** 11 |
| Kristal C. Owens-Gayle, | ) |
| **Debtor,** | ) **Related Document No.** 299-300 |
| Calaiaro Valencik, | ) **Hearing Date:** 02/18/21 @ 9:30 a.m. |
| **Movant,** | ) **Response Due:** 02/08/21 |
| vs. | ) |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
FINAL FEES AND EXPENSES APPLICATION
FILED ON BEHALF OF CALAIARO VALENCIK - Document No. 299**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on **January 20, 2021,** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than **February 8, 2021**.

It is hereby respectfully requested that the Order attached to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**Dated:** February 9, 2021

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
dcalaiaro@c-vlaw.com