Case 19-24274-GLT    Doc 310    Filed 02/19/21    Entered 02/19/21 16:43:38    Desc Main
Document    Page 1 of 1
FILED
2/19/21 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24274-GLT |
| | : | Chapter: | 11 |
| Kristal C. Owens | : | | |
| | : | | |
| | : | Date: | 2/18/2021 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  # 264 Con't Motion to Sell Property Free and Clear of Liens under Section 363(f).
Re: 6564 Frankstown Avenue, Pittsburgh, Pennsylvania 15206
# 270 - Response filed by Community Loan Servicing, LLC
f/k/a Bayview Loan Servicing, LLC
# 305 - Supplemental Response filed by Community Loan Servicing, LLC
f/k/a Bayview Loan Servicing, LLC

# 301 Motion for Final Decree
[Response due 2/8/21]

**APPEARANCES:**
Debtor:   Andrew Pratt
Community:   Jill Manuel-Coughlin

**NOTES:** (10:41)

Pratt:  We talked to Attny Coughlin and informed her that we don't have a buyer and we're seeking to withdraw the motion to sell.

Court: I will consider the motion denied as withdrawn.

Coughlin: Our objection to the motion for final decree is withdrawn as there is no longer a pending motion to sell.

Pratt: The plan was confirmed, the debtor has made 5 payments to the disbursing agent and 3 payments have been disbursed by the agent.  She has made payments to the IRS and PADOR.   Sale was contemplated in the plan and since it won't happen the plan has been substantially consummated.

Court: She made 5 payments for the benefit of the unsecured creditors?

Pratt: Yes, those 5 were just for the unsecured creditors.

Court: Do you intend to file one more quarterly report before the case is closed?

Pratt: That can be arranged.

Court: I have some concern due to the debtor's past history, but even if the case were closed, she would not be issued a discharge until the plan is completed. I will grant the motion for final decree and require one final quarterly report at the appropriate time without the need to reopen the case.

**OUTCOME:**

1. Debtor's *Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: 6564 Frankstown Avenue, Pittsburgh, Pennsylvania 15206* [Dkt. No. 264] is DENIED as withdrawn [Text Order to Issue]

2. Debtor's *Motion for Final Decree* [Dkt. No. 301] is GRANTED [HT to Issue Proposed Order at Dkt. No. 301-1 with the following modification:   as the last sentence add "Notwithstanding the foregoing, on or before April 30, 2021, the Debtor shall file her final quarterly report which shall be accepted for filing by the Clerk without the necessity of reopening the case.    The Court shall evaluate the Debtor's entitlement to a discharge upon proof of completion of the plan payments."]

**DATED:**  2/18/2021