**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/19/21 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| **IN RE:** | ) Case No. 19-24274-GLT |
| Kristal C. Owens f/k/a | ) |
| Kristal C. Owens-Gayle, | ) Chapter 11 |
| **Debtor,** | ) |
| Kristal C. Owens f/k/a | ) Hearing Date: 02/18/21 @ 9:30 a.m. |
| Kristal C. Owens-Gayle, | ) |
| **Movant,** | ) Response Due: 02/08/21 |
| vs. | ) |
| No Respondent. | ) Document No. 301 |

MODIFIED
**<u>ORDER OF COURT</u>**

**AND NOW,** to-wit, this <u>19TH</u> day of <u>February</u>, 2021, on motion of the Debtor and finding that the provisions of 11 U.S.C. §1101(2) have been met, a Final Decree is hereby entered in the above-captioned case in accordance with Bankruptcy Rule 3022.

Notwithstanding the foregoing, on or before April 30, 2021, the Debtor shall file her final quarterly report which shall be accepted for filing by the Clerk without the necessity of reopening the case. The Court shall evaluate the Debtor's entitlement to a discharge upon proof of completion of the plan payments

Dated: 2/19/2021
cm: Debtor

_____
**Honorable Gregory L. Taddonio
United States Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24274-GLT |
| Kristal C. Owens | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

**Recip ID        Recipient Name and Address**
db            + Kristal C. Owens, 10482 Baltimore Ave., Ste. 277, Beltsville, MD 20705-2321

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 21, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:**

**Name**              **Email Address**

Ann E. Swartz
    on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brett A. Solomon
    on behalf of Interested Party OPA-Hi Development LLC brett.solomon@solomon-legal.com

Brian Nicholas
    on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Debtor Kristal C. Owens dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Kristal C. Owens dcalaiaro@c-vlaw.com

| | |
|---|---|
| District/off: 0315-2 | User: culy    Page 2 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900    Total Noticed: 1 |

cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt
   on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jennifer L. Cerce
   on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar
   on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
   on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
   on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com

Keri P. Ebeck
   on behalf of Creditor U.S. Bank National Association as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Larry E. Wahlquist
   on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani
   on behalf of Creditor Lehman Xs Trust Mortgage Pass-Through Certificates Series 2007-15N sshahjani@rascrane.com

Thomas Song
   on behalf of Creditor U.S. Bank National Association et.al. pawb@fedphe.com

TOTAL: 16