#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-24274-GLT |
| | ) **Chapter** 11 |
| Kristal C. Owens f/k/a | ) **Related to Doc. No.** 312, 317 |
| Kristal C. Owens-Gayle, | ) **Hearing Date:** May 27, 2021 @ 11 a.m. |
| | ) **Response Due:** May 20, 2021 |
| **Debtor.** | ) **Document No.** |

### DEBTOR'S RESPONSE TO THE ORDER SCHEDULING STATUS CONFERENCE

**AND NOW,** comes the Debtor, Kristal C. Owens, by and through her counsel of record, Calaiaro Valencik and Donald R. Calaiaro, and provides the following Response to the *Order Scheduling Status Conference* entered by this Honorable Court on May 5, 2021 at Document No. 317:

1. Kristal C. Owens (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code") on October 31, 2019.

2. The Debtor's Chapter 11 Plan was confirmed on September 9, 2020. Doc. No. 242.

3. A final decree was entered on February 19, 2021. Doc. No. 312.

4. The bankruptcy was closed on March 8, 2021. Doc. No. 316.

5. On May 5, 2021, the bankruptcy case was reopened, and an order was entered scheduling a status conference to discuss the Debtor's failure to file the Quarterly Report for the First Quarter of 2021. Doc. No. 317.

6. The Quarterly Report was filed on May 17, 2021. Doc. No. 319.

7. The delay was caused by a miscommunication between the Debtor and her accountant.

8. The Debtor provided the accountant with her bank statements, but inadvertently did not provide all the checks for one of the months.

9. The accountant did not inform the Debtor that checks were missing until May 2021.

10. This delayed the creation of the report.

11. Further, due to tax season, the accountant was not able to finish the report before the deadline.

**Respectfully submitted,**

**Dated:** May 17, 2021

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**